UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO SHERIFF'S DEPT.;<br>DEPUTY GARAY,<br><br>　　　　Defendants.<br>_____/ | No. C-11-6322 EMC (pr)<br><br>**ORDER EXTENDING DEADLINES FOR DISPOSITIVE MOTION** |

　　　　Defendants' request for an extension of time to file a dispositive motion is **GRANTED**. (Docket # 9.) The Court now sets these new deadlines:

　　　　a.　　No later than **October 12, 2012**, Defendant must file and serve a motion for summary judgment or other dispositive motion. If Defendant is of the opinion that this case cannot be resolved by summary judgment or other dispositive motion, Defendant must so inform the Court prior to the date the motion is due.

　　　　b.　　Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendant no later than **November 16, 2012**.

　　　　c.　　Defendants' reply brief, if any must be filed no later than **December 3, 2012**.

///
///
///
///
///

At the time he files his motion, Defendant must send to Plaintiff the appropriate notice required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), if he moves for summary judgment, or by *Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003), if he moves to dismiss for failure to exhaust administrative remedies. *See Woods v. Carey*, No. 09-15548, slip op. 7871 (9th Cir. July 6, 2012).

IT IS SO ORDERED.

Dated: July 17, 2012

_____
EDWARD M. CHEN
United States District Judge

2