United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPT.;<br>DEPUTY GARAY,<br><br>        Defendants.<br>_____/ | No. C-11-6322 EMC (pr)<br><br>**ORDER REFERRING ACTION TO**<br>**MEDIATION PROGRAM** |

    Defendant recently informed the Court that he does not intend to file a motion for summary judgment because there appears to be a disputed issue of fact in this excessive force case. In light of the rather narrow dispute, this case appears a good candidate for the Court's *pro se* prisoner mediation program.

    Good cause appearing therefor, this case is now referred to Magistrate Judge Vadas for mediation proceedings pursuant to the *Pro Se* Prisoner Mediation Program. The proceedings will take place within **ninety days** of the date this order is filed. Magistrate Judge Vadas will coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives

///
///
///
///
///
///

and, within **five days** after the conclusion of the mediation proceedings, file with the Court a report for the prisoner mediation proceedings. The Clerk will send to Magistrate Judge Vadas a copy of this order.

IT IS SO ORDERED.

Dated: January 8, 2013

_____
EDWARD M. CHEN
United States District Judge