UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>GARAY,<br><br>    Defendant. | Case No. 11-cv-06322-WHO (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on November 22, 2013 in San Francisco, CA, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, Pro Se

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    (X) Other: Michael Gerchow, Deputy City Attorney, Newton Oldfather, Deputy City Attorney, Duncan Carling, Deputy City Attorney and Freya Horne, Assistant Legal Counsel -- City and County of San Francisco Sheriff's Department

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved. The issues outlined on the sheet
2  attached remain for this Court to resolve.
3  ( X) The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated: November 25, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge