UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND SAMUEL SAUNDERS,

    Plaintiff,

    v.

DEPUTY GARAY,

    Defendant.

Case No. 11-cv-06322-WHO (PR)

**ORDER APPOINTING COUNSEL**

The Court having determined that it would be beneficial to have counsel assist plaintiff Saunders in this matter and having located volunteer counsel willing to be appointed to represent Saunders, it is hereby ordered that C. Scott Greene and Goli Mahdavi of Bryan Cave LLP are appointed as counsel for all purposes for Saunders in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

All further proceedings are STAYED for four weeks from the date of this order. A trial date has not yet been set in this action. Counsel is requested to file a notice of appearance within two weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

The Court will hold a Case Management Conference on **June 10, 2014** at 2:00 p.m. The parties shall file a Joint Case Management Statement on or before June 3, 2014 and be prepared to discuss scheduling issues, including the trial date, at the CMC.

1   The Clerk shall send a copy of this Order to C. Scott Greene and Goli Mahdavi of
2   Bryan Cave LLP, 560 Mission Street, 25th Floor, San Francisco, California 94105.  The
3   Clerk shall also send a copy of this order to plaintiff's and defendant's counsel.
4   **IT IS SO ORDERED.**
5   **Dated:**  April 17, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO SHERIFFS DEPT et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV11-06322 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Raymond Samuel Saunders Jail # 10681748
SF #426501
850 Bryant Street
San Francisco, CA 94103


Dated: April 17, 2014

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk