**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Meryl Macklin, California Bar No. 115053
Goli Mahdavi, California Bar No. 245705
Kyle R. Smith, California Bar No. 294236
Jessica E. Mar, California Bar No. 293304
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: scott.greene@bryancave.com
meryl.macklin@bryancave.com
goli.mahdavi@bryancave.com
kyle.smith@bryancave.com
jessica.mar@bryancave.com

Attorneys for Plaintiff
RAYMOND S. SAUNDERS

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND SAMUEL SAUNDERS

Plaintiff,

v.

THE CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT; THE CITY OF SAN FRANCISCO, a public entity; and CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPUTY MARIO GARAY,

Defendants.

Case No. 3:11-cv-06322 WHO

**PLAINTIFF'S NOTICE OF FILING DECLARATION OF RAYMOND SAUNDERS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Date: August 20, 2014
Time: 2:00 pm
Place: Courtroom 2- 17th Floor

Trial Date: April 27, 2015

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Raymond Saunders respectfully submits the attached declaration in support of his opposition to the defendants' motion to dismiss. While Plaintiff believes that a supporting declaration is unnecessary, Plaintiff offers the attached declaration in support of his Opposition to the Defendants' Motion to Dismiss the First Amended Complaint. The declaration confirms the representations made by Plaintiff's counsel regarding the failure to assert certain claims in Plaintiff's original Complaint.

The declaration of Raymond Saunders is attached to this notice as Exhibit 1. Mr. Saunders' previous letter to the Court requesting the appointment of counsel appears in this case as docket entry 17 and is attached for the Court's convenience as Exhibit A to the declaration.

Dated: August 13, 2014

**BRYAN CAVE LLP**

By: /s/ Jessica E. Mar
Jessica E. Mar
Attorneys for Plaintiff
RAYMOND S. SAUNDERS

# EXHIBIT 1

**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Meryl Macklin, California Bar No. 115053
Goli Mahdavi, California Bar No. 245705
Kyle R. Smith, California Bar No. 294236
Jessica E. Mar, California Bar No. 293304
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: scott.greene@bryancave.com
meryl.macklin@bryancave.com
goli.mahdavi@bryancave.com
kyle.smith@bryancave.com
jessica.mar@bryancave.com

Attorneys for Plaintiff
RAYMOND S. SAUNDERS

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND SAMUEL SAUNDERS

Plaintiff,

v.

THE CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT; THE CITY OF SAN FRANCISCO, a public entity; and CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPUTY MARIO GARAY,

Defendants.

Case No. 3:11-cv-06322 WHO

**DECLARATION OF RAYMOND SAUNDERS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIMS**

Date: August 20, 2014
Time: 2:00 pm
Place: Courtroom 2- 17th Floor

Trial Date: April 27, 2015

# DECLARATION OF RAYMOND SAUNDERS

I, Raymond Saunders, declare as follows:

1. From October 28, 2011 to April 17, 2014, I was proceeding as a pro se litigant without legal training, consultation with counsel, or access to legal advice in this matter.

2. I wrote a letter to the court dated May 23, 2013 requesting appointment of counsel. In my letter I explained that in the months prior to my request, support from Prisoner Legal Services at San Francisco County Jail #4, where I was held, had dwindled significantly in capacity and that I was unable to get adequate assistance. My letter to the court appears as docket entry 17 for this case. A copy of my letter is attached to this declaration as Exhibit A for the court's convenience.

3. I was appointed counsel by this court on April 17, 2014.

4. The distinctions between my state and federal claims were unknown to me. I proceeded to the best of my ability as a pro se litigant.

5. I had no intention to waive my state law claims. Failure to raise my state law claims was inadvertent and unintentional. I did not fail to raise my state law claims as a strategic litigation choice or in any attempt to prejudice the defendants.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of August, 2014, at San Bruno, California.

Raymond Saunders

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

# EXHIBIT A

FILED
JUN - 7 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5.23.13

TO THE HONORABLE JUDGE,

Greetings your Honor, I hope your having a great day. I'm writing to you in regards to my case C-11-6322 EMC. I have a court date on June 20th, 2013. And this case has been going on for two (2) years now, without my having any representation. I want to know if you could assign/appoint someone to represent me during this case. I apologize for just now asking about this. But the P.L.S (Prisoner Legal Service) that comes into the facility to help us out, has dwindled down to almost no help at at these past months. So if you could possibly help me with this situation, I'd be very greatful.

Thank you for your time and consideration.

Sincerely,
Raymond S
Saundez

To whom it may concern,

Greetings, my name is Raymon Samuel Saunders. At this point and time I'm incarcerated in a San Francisco county Jail. And I'm Fighting a civil case against a sheriff's Deputy. The case # is CV-11-06322 EMC. I'm asking you if it's possible to Find out whom the presiding judge is on my case. And if you would, please forward my letter to him/her. I truly appreciate your help. Thanks Alot!

Raymond S. Saunders

MR. RAYMOND S. SAUNDERS
10681748 / #426501
850 BRYANT STREET
SAN FRANCISCO, CA. 94103

SAN FRANCISCO CA 940
28 MAY 2013 PM 2 L

FOREVER
USA
Bank Swallow

Received in
Eureka 5/30/13.
[signature]

OFFICE OF THE CLERK, U.S. District Cou
NORTHERN District OF CALIFORNIA
P.O. BOX 1306
EUREKA, CALIFORNIA. 95502

95502130606