DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4283
Facsimile:      (415) 554-3837
E-Mail:         newton.oldfather@sfgov.org

Attorneys for Defendant
SHERIFF'S DEPUTY MARIO GARAY
CITY AND COUNTY OF SAN FRANCISCO (erroneously designated as the San Francisco Sheriff's Department)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAYMOND SAMUEL SAUNDERS, | Case No. CV-11-6322 (WHO) |
|---|---|
| Plaintiff, | **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LATE DECLARATION** |
| vs. | Hearing Date:  August 20, 2014 |
| SAN FRANCISCO SHERIFF'S DEPT., | Time:  2:00 pm |
|  | Place:  Courtroom 2 – 17th Floor |
| Defendant. | Trial Date:  April 27, 2015 |

Defendants request that the Court strike plaintiff's untimely declaration. Plaintiff's opposition papers and supporting evidence were due on July 25, 2014. N.D. Cal. Civil L.R. 7-3(a). Plaintiff filed his declaration on August 13, 2014, almost 19 days late. (Dkt. No. 47.)

Defendants reply brief – filed on August 1, 2014 – foreclosed the filing of supplemental materials without leave of the Court. N.D. Cal. Civil L.R. 7-3(d). Plaintiff did not seek such leave. Plaintiff did not make a concurrent request for such leave. Plaintiff did not make a showing of excusable neglect. And finally, plaintiff did not seek a stipulation from defendants. Plaintiff just filed

Defs.' Notice of Motion and Motion to Dismiss; CV-11-6322 WHO         1

1  a declaration more than two weeks late and after defendants filed their reply.  As the filing disregards

2  the rules of civil litigation, the Court should strike it.

4  August 18, 2014

```
                              DENNIS J. HERRERA
                              City Attorney
                              CHERYL ADAMS
                              Chief Trial Deputy
                              NEWTON OLDFATHER
                              Deputy City Attorney


                         By: /s/ Newton Oldfather
                              NEWTON OLDFATHER

                              Attorneys for Defendant
                              SHERIFF'S DEPUTY MARIO GARAY
                              CITY AND COUNTY OF SAN FRANCISCO
                              (erroneously designated as the San
                              Francisco Sheriff's Department)
```