United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO GARAY, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-06322-WHO   (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

　　　　This matter is HEREBY SET for telephonic scheduling conference on December 30, 2014, at 10:00 a.m.  The parties shall attend the scheduling conference by dialing 888-684-8852, and entering access code 1868782.

　　　　**IT IS SO ORDERED**.

Dated: December 18, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge