UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>        Defendant.<br>_____/ | No. 3:11-CV-06322 WHO (NJV)<br><br>ORDER AND WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RAYMOND SAMUEL SAUNDERS, presently in custody at the San Francisco County Jail at 850 Bryant Street, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: December 30, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Sheriff of the City and County of San Francisco

GREETINGS

WE COMMAND that you have and produce the body of RAYMOND SAMUEL SAUNDERS, Jail #10681748, SF #426501, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom D, at 10:00 a.m. on

January 5, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in this matter, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: December 30, 2014                    RICHARD WIEKING
                                              CLERK, UNITED STATES DISTRICT COURT

                                              By: Linn Van Meter
                                                  Administrative Law Clerk

Dated: December 30, 2014                    _____
                                              NANDOR J. VADAS
                                              United States Magistrate Judge



United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS, | No. 3:11-CV-06322 WHO (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, | |
| Defendant. | |

I, the undersigned, hereby certify that on December 30, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Sheriff's Department
City and County of San Francisco
City Hall, Room 456
1 Carlton Goodlett Place
San Francisco, CA  94102

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3