UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SAMUEL SAUNDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO GARAY, et al.,<br><br>    Defendants. | Case No.  11-cv-06322-WHO   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

    A settlement conference was held on January 5, 2015 in Courtroom D, San Francisco, and the results of that proceeding are indicated below:

    (1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X )  Plaintiff, Raymond S. Saunders and Plaintiff's attorney, Jessica Mar

        (  )  Warden or warden's representative

        (  )  Office of the California Attorney General

        ( X )  Other: Defense counsel, Newton Oldfather and Freya A. Horne

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3)  The outcome of the proceeding was:

      ( X )  The case has been completely settled.  A telephonic status conference is set for February 24, 2015 at 1:00 p.m.

      (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1  ( ) The parties are unable to reach an agreement at this time.

2  **IT IS SO ORDERED.**

3  Dated: January 6, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge